# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| City of Chicago, | |
| *Plaintiff*, | |
| v. | Civil Action No. 1:21-cv-05162 |
| DoorDash, Inc. and Caviar, LLC, | Honorable Robert W. Gettleman |
| *Defendants*. | **Oral Argument Requested** |

## DEFENDANTS' MOTION FOR
## PARTIAL JUDGMENT ON THE PLEADINGS

Defendants DoorDash, Inc. and Caviar, LLC (collectively, "Defendants") hereby move, pursuant to Federal Rule of Civil Procedure 12(c), for partial judgment on the pleadings as to all claims made by Plaintiff City of Chicago for alleged violations of the Municipal Code of Chicago ("MCC") that occurred before August 27, 2019.

As set forth in Defendants' accompanying memorandum of law, Plaintiff's claims arising from alleged violations of the MCC that occurred before August 27, 2019 are barred by laches, the applicable statute of limitations, and due process.

WHEREFORE, Defendants respectfully request that this Honorable Court grant Defendants partial judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) on all claims arising from alleged violations of the MCC that occurred before August 27, 2019.

DATED: April 20, 2023 Respectfully submitted,

                                                      **GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Joshua S. Lipshutz*
Joshua S. Lipshutz (*pro hac vice*)
1050 Connecticut Avenue NW
Washington, DC 20036
Phone: (202) 955-8500
jlipshutz@gibsondunn.com

Michael Holecek (*pro hac vice*)
Cynthia Chen McTernan (*pro hac vice*)
333 S. Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-7000
mholecek@gibsondunn.com
cmcternan@gibsondunn.com

| **RILEY SAFER HOLMES & CANCILA LLP** | **FORDE & O'MEARA LLP** |
|---|---|
| By: */s/ Patricia Brown Holmes*<br>Patricia Brown Holmes<br>Sarah E. Finch<br>70 W. Madison Street<br>Suite 2900<br>Chicago, IL 60602<br>Phone: (312) 471-8700<br>pholmes@rshc-law.com<br>sfinch@rshc law.com | By: */s/ Michael K. Forde*<br>Michael K. Forde<br>Brian P. O'Meara<br>191 N. Wacker Drive<br>31st Floor<br>Chicago, IL 60606<br>Phone: (312) 641-1441<br>mforde@fordellp.com<br>bomeara@fordellp.com |

*Attorneys for DoorDash, Inc. and Caviar, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2023, I caused the foregoing document to be electronically filed using the CM/ECF system, which will send notice of this filing to all counsel of record.

<i>/s/ Michael K. Forde</i>