IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| City of Chicago, *Plaintiff*, v. DoorDash, Inc. and Caviar, LLC, *Defendants.* | Civil Action No. 1:21-cv-05162 <br><br> Honorable Jeremy C. Daniel <br><br> **Oral Argument Requested** |

## REQUEST FOR ORAL ARGUMENT REGARDING DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AND PLAINTIFF'S CROSS-MOTIONS

Defendants DoorDash, Inc. and Caviar, LLC (collectively, "DoorDash") respectfully request that this Court schedule an oral argument in connection with Defendants' motion for partial judgment on the pleadings (filed April 20, 2023), and the City's cross-motions for partial judgment on the pleadings and partial summary judgment (filed May 22, 2023) (the "Motions").

DoorDash previously requested a hearing before Hon. Robert W. Gettleman in connection with the Motions, and respectfully renew this request in light of this matter's reassignment to the Honorable Jeremy C. Daniel. The Motions concern issues central to the case, and therefore DoorDash would appreciate the opportunity to present their arguments orally and answer any questions this Honorable Court may have.

DoorDash conferred with the City prior to filing this request. The City does not join in DoorDash's request for oral argument and defers to this Honorable Court on whether oral argument would be helpful.

DATED:  July 26, 2023							Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

By:  /s/  *Joshua S. Lipshutz*
Joshua S. Lipshutz (*pro hac vice*)
1050 Connecticut Avenue NW
Washington, DC 20036
Phone: (202) 955-8500
jlipshutz@gibsondunn.com

Michael Holecek (*pro hac vice*)
Cynthia Chen McTernan (*pro hac vice*)
333 S. Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-7000
mholecek@gibsondunn.com
cmcternan@gibsondunn.com

Elizabeth McCloskey (*pro hac vice*)
555 Mission Street
San Francisco, CA  94105
Phone: (415) 393-8200
emccloskey@gibsondunn.com

| **RILEY SAFER HOLMES & CANCILA LLP** | **FORDE & O'MEARA LLP** |
|---|---|
| By:  /s/  *Patricia Brown Holmes*<br>Patricia Brown Holmes<br>Sarah E. Finch<br>70 W. Madison Street<br>Suite 2900<br>Chicago, IL 60602<br>Phone: (312) 471-8700<br>pholmes@rshc-law.com<br>sfinch@rshc law.com | By:  /s/  *Michael K. Forde*<br>Michael K. Forde<br>Brian P. O'Meara<br>111 W. Washington Street<br>Suite 1100<br>Chicago, IL 60602<br>Phone: (312) 641-1441<br>mforde@fordellp.com<br>bomeara@fordellp.com |

*Attorneys for DoorDash, Inc. and Caviar, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2023, I caused the foregoing document to be electronically filed using the CM/ECF system, which will send notice of this filing to all counsel of record.

/s/ Mickey Balestri