**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| City of Chicago, | |
| *Plaintiff*, | |
| v. | Civil Action No. 1:21-cv-05162 |
| DoorDash, Inc. and Caviar, LLC, | Honorable Jeremy C. Daniel |
| *Defendants*. | |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANTS' FIFTEENTH AFFIRMATIVE DEFENSE (DUE PROCESS)**

Plaintiff the City of Chicago (the "City") hereby moves, pursuant to Federal Rule of Civil Procedure 56, for summary judgment as to the Fifteenth Affirmative Defense (Due Process) asserted by Defendants DoorDash, Inc. and Caviar, LLC (collectively, "Defendants").

Defendants' asserted theories of their Fifteenth Affirmative Defense are that the City's retention and supervision of outside counsel on a contingency-fee basis has allegedly violated their constitutional right to due process. As set forth in the City's accompanying memorandum of law, these theories are not cognizable as due process violations. Even if Defendants' theories did implicate constitutional due process, the City has established that it adequately controls this litigation as a matter of law.

The City therefore respectfully requests that the Court grant its Motion for Partial Summary Judgment on Defendants' Fifteenth Affirmative Defense (Due Process) pursuant to Federal Rule of Civil Procedure 56.

Defendants oppose this Motion. The parties have discussed and agreed to a proposed briefing schedule, and propose that Defendants' response be due on September 21, 2023, and that Plaintiff's reply be due on October 19, 2023.

DATED: August 24, 2023

Respectfully submitted,

| | |
|---|---|
| **CITY OF CHICAGO DEP'T OF LAW, AFFIRMATIVE LITIGATION DIVISION** | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| By: /s/ Stephen J. Kane<br>Stephen J. Kane<br>Peter H. Cavanaugh<br>121 N. LaSalle Street<br>Room 600<br>Chicago, IL 60602<br>Phone: (312) 744-6934<br>stephen.kane@cityofchicago.org<br>peter.cavanaugh@cityofchicago.org | By: /s/ Brian E. Bowcut<br>Brian E. Bowcut (*pro hac vice*)<br>Betsy A. Miller (*pro hac vice*)<br>Peter Ketcham-Colwill (*pro hac vice*)<br>Lisa M. Ebersole (*pro hac vice*)<br>1100 New York Avenue, NW, Suite 500<br>Washington, D.C. 20005<br>Phone: (202) 408-4600<br>bbowcut@cohenmilstein.com<br>bmiller@cohenmilstein.com<br>pketcham-colwill@cohenmilstein.com<br>lebersole@cohenmilstein.com |

*Attorneys for Plaintiff City of Chicago*