**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| City of Chicago, | |
| *Plaintiff*, | |
| v. | Civil Action No. 1:21-cv-05162 |
| DoorDash, Inc. and Caviar, LLC, | Hon. Jeremy C. Daniel |
| *Defendants*. | Magistrate Judge Jeffrey T. Gilbert |

## JOINT STATUS REPORT

The Court's Memorandum Opinion and Order regarding Plaintiff City of Chicago's (the "City") Motion for Protective Order ("Order") dated August 23, 2023 directed the parties to file a joint status report "that provides an update on any continuing meet and confer efforts by the parties concerning those matters the Court has flagged that might benefit from such conferral" (Dkt. 206 at 53). The parties hereby file this Joint Status Report concerning the parties' negotiations regarding the discovery requests affected by the Order.

**DoorDash:** In its Order, the Court indicated that certain of the discovery requests propounded by Defendants DoorDash, Inc. and Caviar, LLC ("Defendants" or "DoorDash") regarding the City's investigation of DoorDash and the Third Party Food Delivery Service Rules were presently overbroad, and encouraged the parties to negotiate regarding the appropriate scope pursuant to L.R. 37-2. Dkt. 206 at 50-51.

The parties met and conferred on September 11, 2023 regarding the discovery requests addressed in the Order. On September 18, 2023, DoorDash sent a letter to the City, which (1) included new requests for production ("RFPs") requesting targeted discovery into the City's

and BACP's investigation of DoorDash (but not other third party delivery platforms) to replace certain requests that the Court has deemed overbroad (specifically, RFP Nos. 6, 8, 11, 50, 54, and 65, and Interrogatory No. 2), (2) proposed search criteria and narrowed formulations to "right size" RFP Nos. 41, 42, and 43, and (3) asked the City to produce a standard privilege log in conjunction with documents responsive to these narrowed requests. On September 25, 2023, the parties met and conferred to discuss those requests.

At present, the parties have agreed to search criteria for RFP No. 42. In response to that RFP, the City has agreed "to conduct a reasonable search for documents related to BACP's investigation into Defendants' compliance with the Third-Party Food Delivery Services Rules, including communications with Consumer Reports." The City has also proposed custodians, date ranges, and search terms, to which the parties are agreed:

- Custodians: Tamara Starks; Max Budovitch; Shannon Trotter; Matthew Allee; David Smith; Thomas Dombai; Alexis Long; Rosa Escareño; and Isaac Reichman

- Search terms: "DoorDash" OR "Door Dash" OR "Caviar"

- Date range: April 1, 2020 – September 30, 2020

With respect to the other discovery requests, DoorDash is awaiting a written response to its September 18 letter and definitive positions from the City regarding its narrowing proposals and privilege log position.

**The City:** In response to questions the Court raised in its August 23 order regarding what documents the City has produced or agreed to produce in response to certain requests at issue in the City's motion for a protective order, the City provides the following information:

RFP Nos. 6, 11, 41 (the City's investigation): The City has produced all non-privileged documents on which the Complaint was based, including news reports, information from Defendants' platforms, surveys, academic studies, market data, documentation of test DoorDash

orders by City investigators, the City's email communications with restaurants, and complaints about DoorDash submitted to the City. The City has also produced Commissioner Escareño's request that Corporation Counsel file this action. Dkt. 206 at 46-47.

RFP No. 8 (communications with third parties about DoorDash practices): The City has produced communications between the City and third parties including other law enforcement agencies, Chicago restaurants, Consumer Reports, Chicago Checkbook, the Illinois Restaurant Association, and the National Restaurant Association. The City has objected to producing communications not related to the City's investigation of DoorDash.

RFP Nos. 42, 65 (Chicago's Third Party Food Delivery Service Rules): The City agreed to produce documents relating to BACP's inquiry into DoorDash's compliance with the Third Party Food Delivery Service Rules. The City produced these documents on September 1, 2023.

Interrogatory No. 2 (persons with knowledge): The City has answered this interrogatory with a 15-page chart that includes the names, contact information, and subjects of knowledge of 66 individuals, including Law Department personnel and outside counsel, likely to have information relevant to the parties' claims and defenses.

Privilege log: The City will provide a privilege log reflecting attorney notes of the investigatory interviews conducted by the City with restaurant owners or managers. The City is continuing to meet and confer with DoorDash on other privilege log questions.

With respect to the status of continuing meet-and-confer efforts concerning the matters raised in the Court's August 23 order, the parties conferred preliminarily on September 11, 2023. On September 18, 2023, DoorDash sent the City a letter that proposes replacing six RFPs identified in the Court's order (RFP Nos. 6, 8, 11, 50, 54, and 65) and Interrogatory No. 2 with 16 new RFPs. DoorDash's September 18 letter also proposes narrowing RFP Nos. 41 and 43, and accepts in

satisfaction of RFP No. 42 a search that the City agreed to on June 8 and August 7, 2023 (and pursuant to which the City produced documents on September 1, 2023). The parties are in the process of meeting and conferring regarding DoorDash's proposal.

DATED: September 27, 2023        Respectfully submitted,

**CITY OF CHICAGO DEP'T OF LAW, AFFIRMATIVE LITIGATION DIVISION**    **COHEN MILSTEIN SELLERS & TOLL PLLC**

By: /s/ *Stephen J. Kane*    By: /s/ *Brian E. Bowcut*
Stephen J. Kane    Brian E. Bowcut (pro hac vice)
Peter H. Cavanaugh    Betsy A. Miller (pro hac vice)
121 N. LaSalle St.    Peter S. Ketcham-Colwill (pro hac vice)
Room 600    Lisa M. Ebersole (pro hac vice)
Chicago, IL 60602    1100 New York Avenue, NW, Suite 500
Phone: (312) 744-6934    Washington, D.C. 20005
stephen.kane@cityofchicago.org    Phone: (202) 408-4600
peter.cavanaugh@cityofchicago.org    bbowcut@cohenmilstein.com
    bmiller@cohenmilstein.com
    pketcham-colwill@cohenmilstein.com
    lebersole@cohenmilstein.com

    Attorneys for Plaintiff City of Chicago

4

**GIBSON, DUNN & CRUTCHER LLP**

By:  /s/ *Joshua S. Lipshutz*
Joshua S. Lipshutz (pro hac vice)
1050 Connecticut Avenue NW
Washington, DC 20036
Phone: (202) 955-8500
jlipshutz@gibsondunn.com

Michael Holecek (pro hac vice)
Cynthia Chen McTernan (pro hac vice)
333 S. Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-7000
mholecek@gibsondunn.com
cmcternan@gibsondunn.com

**FORDE & O'MEARA LLP**

By:  /s/ *Michael K. Forde*
Michael K. Forde
Brian P. O'Meara
191 North Wacker Drive
31st Floor
Chicago, Illinois 60606
Phone:  (312) 641-1441
mforde@fordellp.com
bomeara@fordellp.com

**RILEY SAFER HOLMES
& CANCILA LLP**

By:  /s/ *Patricia Brown Holmes*
Patricia Brown Holmes
Sarah E. Finch
70 W. Madison Street
Suite 2900
Chicago, IL 60602
Phone:  (312) 471-8700
pholmes@rshc-law.com
sfinch@rshc law.com

Attorneys for Defendants DoorDash, Inc. and Caviar, LLC