UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

City of Chicago

                  Plaintiff,

v.                                                          Case No.: 1:21−cv−05162
                                                              Honorable Jeremy C. Daniel

Door Dash, Inc, et al.

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 5, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court has reviewed the parties' Joint Status Report [252]. The parties' request a status hearing concerning their ongoing discovery disputes summarized in the Report. An in−person status hearing is set for 2/13/24 at 2:00 p.m. in Courtroom 1386. Out of town counsel may appear by telephone if they wish at the following number: Dial 650−479−3207 Access code: 180 946 2499#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.