**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

City of Chicago

                              Plaintiff,

v.                                                    Case No.: 1:21−cv−05162
                                                               Honorable Jeremy C. Daniel

Door Dash, Inc, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 5, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court has reviewed Plaintiff's Motion to Compel Document Discovery from Four Additional Custodians [253] [254]. The parties request that the Court set a briefing schedule on that Motion. Accordingly, DoorDash's response shall be filed by 2/23/24 and the City's reply shall be filed by 3/11/24. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.