# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

City of Chicago

                    Plaintiff,

v.                                                             Case No.: 1:21−cv−05162

                                                                                     Honorable Jeremy C. Daniel

Door Dash, Inc, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 5, 2024:

    MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiff's Unopposed Motion for Leave to File Under Seal [278] is granted. It is not apparent to the Court why Plaintiff needed to file each exhibit submitted under seal as an individual docket entry rather than together in one docket entry combined with the supporting declaration that was also filed under seal. That results in 21 potentially unnecessary docket entries in a case that already has over 250 docket entries. In the future, if it is not necessary to create a separate docket entry for each exhibit, whether filed under seal or not, Plaintiff should refrain from doing so. Plaintiff can explain at the next status hearing, however, why it chose to file its exhibits in this way in case the Court is missing something. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.