UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

City of Chicago
                           Plaintiff,

v.                                          Case No.: 1:21−cv−05162
                                                     Honorable Jeremy C. Daniel

Door Dash, Inc, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 13, 2024:

       MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 2/13/24. The Court reviewed the parties' Joint Status Report [282]. Plaintiff City of Chicago will produce its privilege log by 3/1/24. Defense counsel shall email counsel for the City, with the Court's courtroom deputy copied, with a date by which DoorDash will produce its privilege log. The parties' submission with respect to their then−pending written discovery disputes shall be filed by 3/15/24. The parties presented an agreed proposal to modify the case management schedule. The Court finds there is good cause to modify that schedule in accordance with Rule 16(b)(4). The parties shall submit their proposed discovery schedule as discussed on the record to the Court at Proposed_Order_Gilbert@ilnd.uscourts.gov. The parties shall submit a proposed expert discovery schedule to the Court at Proposed_Order_Gilbert@ilnd.uscourts.gov by 6/8/24. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.