UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| City of Chicago,<br><br>                *Plaintiff,*<br><br>v.<br><br>DoorDash, Inc. and Caviar, LLC,<br><br>                *Defendants.* | Civil Action No. 1:21-cv-05162<br><br>Honorable Jeremy C. Daniel<br><br>Magistrate Judge Jeffrey T. Gilbert |

### Order on Discovery Schedule

The parties have jointly requested that the Court enter a revised schedule for fact discovery. The Court has determined that the proposed schedule is appropriate. Accordingly, the Court sets the following deadlines in this case:

1. Deadline for service of requests for production and interrogatories: **March 15, 2024.**

2. Deadline for all discovery motions, except for (i) motions to compel responses to requests for admission (RFAs), (ii) discovery motions based on new information that first arises at a deposition, and which could not have been reasonably anticipated before the discovery-motion cutoff, and (iii) protective order motions: **May 15, 2024.**

3. Deadline for service of RFAs, except those relating to the admissibility of evidence at trial: **June 1, 2024.**

4. Deadline for completion of depositions (except for expert depositions): **September 1, 2024.**

5. The parties will continue to confer about the schedule for expert discovery and

will make a proposal to the Court by **June 8, 2024**.

So ordered.

Dated: 2/15/24

Jeffrey T. Gilbert
U.S. Magistrate Judge