# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

City of Chicago

                    Plaintiff,

v.                                          Case No.: 1:21−cv−05162
                                                     Honorable Jeremy C. Daniel

Door Dash, Inc, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 27, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiff's Motion for Leave to File Under Seal [290] is granted. The Court notes that Exhibit G, although referenced in the Motion, was not filed under seal [288] [289−7]. In the future, the movant on motions such as this should indicate whether the motion is opposed or not. In addition, the Court notes this motion was incorrectly designated before Judge Daniel, but as this case was referred for discovery supervision, the motion is within the scope of Court's referral. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.