**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| City of Chicago, | |
| *Plaintiff,* | Civil Action No. 1:21-cv-05162 |
| v. | Honorable Jeremy C. Daniel |
| DoorDash, Inc. and Caviar, LLC, | Magistrate Judge Jeffrey T. Gilbert |
| *Defendants,* | |

**DEFENDANTS' AMENDED CORPORATE DISCLOSURE STATEMENT
(FED. R. CIV. P. 7.1 & CIV. L.R. 3.2)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Defendants DoorDash, Inc. ("DoorDash") and Caviar, LLC ("Caviar"), by and through their undersigned counsel, certify that the following listed parties may have an interest in the outcome of this case:

1.    DoorDash does not have a parent corporation.

2.    Caviar is a wholly-owned subsidiary of DoorDash.

3.    Morgan Stanley, a publicly held corporation, and affiliated entities own more than 5 percent of the outstanding stock of DoorDash.

4.    GIC Private Limited, a Singaporean sovereign wealth fund, and affiliated entities own more than 5 percent of the outstanding stock of DoorDash.

5.    The Vanguard Group, a private company, owns more than 5% percent of the outstanding stock of DoorDash.

1

6.     Tony Xu, an individual and as a trustee in various affiliated entities, owns more than 5% of the outstanding stock of DoorDash.

DATED:  February 27, 2024                                Respectfully submitted,


                                                        **GIBSON, DUNN & CRUTCHER LLP**

                                                        By:   */s/  Joshua S. Lipshutz*
                                                        Joshua S. Lipshutz (*pro hac vice*)
                                                        1050 Connecticut Avenue NW
                                                        Washington, DC 20036
                                                        Phone: (202) 955-8500
                                                        jlipshutz@gibsondunn.com

                                                        Michael Holecek (*pro hac vice*)
                                                        Cynthia Chen McTernan (*pro hac vice*)
                                                        333 S. Grand Avenue
                                                        Los Angeles, CA 90071
                                                        Phone: (213) 229-7000
                                                        mholecek@gibsondunn.com
                                                        cmcternan@gibsondunn.com

**RILEY SAFER HOLMES**                  **FORDE & O'MEARA LLP**
**& CANCILA LLP**

By:   */s/  Patricia Brown Holmes*      By:   */s/  Michael K. Forde*
Patricia Brown Holmes                   Michael K. Forde
Sarah E. Finch                          Brian P. O'Meara
70 W. Madison Street                    191 North Wacker Drive
Suite 2900                              31st Floor
Chicago, IL 60602                       Chicago, IL 60606
Phone: (312) 471-8700                   Phone: (312) 641-1441
pholmes@rshc-law.com                    mforde@fordellp.com
sfinch@rshc law.com                     bomeara@fordellp.com

*Attorneys for DoorDash, Inc. and Caviar, LLC*


2

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2024, the foregoing Defendants' Corporate Disclosure Statement was sent by electronic mail and served upon the following:

**CITY OF CHICAGO DEP'T OF LAW, AFFIRMATIVE LITIGATION DIVISION**
Stephen J. Kane
  Deputy Corporation Counsel
Elie Zenner
  Assistant Corporation Counsel
Rachel Granetz
  Assistant Corporation Counsel
121 N. LaSalle Street
Room 600
Chicago, IL 60606
Phone: (312) 744-6934
stephen.kane@cityofchicago.org
elie.zenner@cityofchicago.org
rachel.granetz@cityofchicago.org

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Betsy A. Miller
Brian E. Bowcut
Johanna M. Hickman
Maya Sequeira
1100 New York Avenue NW
Suite 500
Washington, DC 20005
Phone: (202) 408-4600
bmiller@cohenmilstein.com
bbowcut@cohenmilstein.com
jhickman@cohenmilstein.com
msequeira@cohenmilstein.com

Respectfully submitted,


 /s/ *Michael K. Forde*_____
Michael K. Forde
Brian P. O'Meara
**FORDE & O'MEARA LLP**
191 North Wacker Drive
31st Floor
Chicago, IL 60606
Phone: (312) 641-1441
mforde@fordellp.com
bomeara@fordellp.com