UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

City of Chicago
                    Plaintiff,
v.                                              Case No.: 1:21−cv−05162
                                                Honorable Jeremy C. Daniel
Door Dash, Inc, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 6, 2024:

MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiff's Unopposed Motion for Extension of Time to File a Reply in Support of the City's Motion to Compel Document Discovery from Four Additional Custodians [295] is granted. Plaintiff's reply shall be filed by 3/18/24. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.