# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

City of Chicago

                Plaintiff,

v.                                                    Case No.: 1:21−cv−05162

                                                       Honorable Jeremy C. Daniel

Door Dash, Inc, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 26, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiff's Unopposed Motion for Leave to File Under Seal [303] is granted. The City is given leave to file its Reply in Support of Its Motion to Compel Document Discovery from Four Additional Custodians under seal. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.