**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| City of Chicago, | ) |
| | ) Civil Action No.: 1:21-cv-05162 |
| Plaintiff, | ) |
| | ) Honorable Jeremy C. Daniel |
| v. | ) |
| | ) Magistrate Judge Jeffrey T. Gilbert |
| DoorDash, Inc. and Caviar, LLC, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL**

Plaintiff City of Chicago withdraws the appearance of Betsy A. Miller. Undersigned

counsel will continue to represent the City.

DATED: April 10, 2024                                Respectfully submitted,


**CITY OF CHICAGO DEP'T OF LAW,**               **COHEN MILSTEIN SELLERS &**
**AFFIRMATIVE LITIGATION DIVISION**             **TOLL PLLC**

By: */s/* Peter H. Cavanaugh                    By: */s/* Brian E. Bowcut
Stephen J. Kane                                 Brian E. Bowcut (*pro hac vice*)
Peter H. Cavanaugh                              Peter Ketcham-Colwill (*pro hac vice*)
121 N. LaSalle Street                           1100 New York Avenue, NW, Suite 500
Room 600                                        Washington, D.C. 20005
Chicago, IL 60602                               Phone: (202) 408-4600
Phone: (312) 744-6934                           bbowcut@cohenmilstein.com
stephen.kane@cityofchicago.org                  pketcham-colwill@cohenmilstein.com
peter.cavanaugh@cityofchicago.org
                                                Lisa M. Ebersole (*pro hac vice*)
                                                88 Pine Street, 14th Floor
                                                New York, NY 10005
                                                Phone: (202) 408-4600
*Attorneys for Plaintiff City of Chicago*       lebersole@cohenmilstein.com

2

## CERTIFICATE OF SERVICE

I certify that on April 10, 2024, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois using the Court's CM/ECF system, which will automatically send notification of this filing to all counsel of record.

/s/ Lisa M. Ebersole

2