**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| City of Chicago,<br><br>    *Plaintiff*,<br><br>  v.<br><br>DoorDash, Inc. and Caviar, LLC,<br><br>    *Defendants*. | Civil Action No. 1:21-cv-05162<br><br>Hon. Jeremy C. Daniel<br>Magistrate Judge Jeffrey T. Gilbert |

**JOINT STATUS REPORT**

Pursuant to this Court's orders dated December 23, 2022 (ECF No. 90) and December 19, 2022 (ECF No. 87) directing the parties to file a status report seven days after each rolling production deadline to provide information about the last rolling production, what has been produced to date in total, and what remains to be produced, the parties hereby file this Joint Status Report concerning the April 26, 2024 production deadline.

**I. Status of the City's Document Productions**

  **A. Documents Produced by the City To Date**

As of April 26, the City has produced 7,279 documents, totaling 55,600 pages, in rolling productions. The City's prior productions are described in more detail in the prior joint status reports (ECF Nos. 96, 101, 105, 109, 115, 151, 164, 174, 194, 200, 202, 216, 230, 234, 242, 246, 249, 250, 282, 294, 304, 308).

1

The City's April 15, 2024 production contained 44 documents and 124 pages. This production contained documents responsive to the following, among others:

- RFP No. 30 (documents the City may rely on at trial).

- Interrogatory No. 6 (test order documentation)

- The City's April 26 production contained 200 documents and 273 pages. This production contained documents responsive to the following, among others:

- RFP No. 89 (Documents related to the October 30, 2020 meeting titled "Economic Relief Discussion for Chicago Restaurants")

- RFP No. 93 (Documents related to the July 14, 2021 meeting titled "Third Party Food Delivery Meeting")

B. Remaining Documents to be Produced

The parties are in the process of meeting and conferring on Defendants' Eighth and Ninth Sets of Requests for Production (Nos. 107-130) as well as other requests. In the parties' Joint Status Report filed on March 15, the City identified productions it could make in response to RFP Nos. 43, 88, 89, 91-93, and 98. The City is in the process of reviewing documents responsive to certain of its proposals and continues to negotiate others with Defendants. The City shortly expects to produce documents responsive to RFP Nos. 109 and 110. The City continues to review its overall production for completeness. The City produced a privilege log on March 1, and is corresponding with Defendants on possible revisions to its log. The City will supplement the log to reflect privileged documents identified in any future searches agreed to in the parties' discovery negotiations or directed by the Court.

II. **Status of DoorDash's Document Productions**

### A. Documents Produced by DoorDash to Date

DoorDash did not make a production on April 26, because it is in the process of collecting, reviewing, and producing documents responsive to the City's most recent set of RFPss, to which DoorDash just served responses and objections on April 22, 2024. Since August 2022, DoorDash has produced a total of 7,422 documents and 38,119 pages across 25 productions. The documents produced to date include:

- Custodial documents responsive to the City's document requests relating to minimum amount promotional discounts, non-partner restaurants, Dasher pay, consumer fees, and menu pricing;

- Documents identified in known non-custodial locations;

- Documents identified from DoorDash's review of documents produced in related investigations and litigations; and

- Spreadsheets that were created in order to respond to the City's requests for specific data.

Additionally, DoorDash served its privilege log on the City on March 22, 2024.

### B. Remaining Documents to be Produced

As noted above, DoorDash is in the process of collecting, reviewing, and producing additional documents responsive to the City's RFPs, Set Five, served on March 15, 2024. The parties are also actively meeting and conferring as to the scope of certain of those RFPs. In addition, the City has sent a number of meet-and-confer letters outlining or revisiting discovery issues, including certain issues which were last discussed in the summer of 2023. DoorDash is in the process of responding to these letters, conferring with the City in good faith, and assessing what may be collected and produced in response. DoorDash also continues to review and prepare

for production documents responsive to searches requested by the City across certain listserv inboxes. Finally, DoorDash anticipates producing, either on the next rolling production deadline or before, Salesforce data relating to communications from consumers, restaurants, and Dashers.

| | |
|---|---|
| DATED: May 3, 2024 | Respectfully submitted, |
| **CITY OF CHICAGO DEP'T OF LAW, AFFIRMATIVE LITIGATION DIVISION** | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| By: /s/ Peter H. Cavanaugh<br>Stephen J. Kane<br>Peter H. Cavanaugh<br>121 N. LaSalle St.<br>Room 600<br>Chicago, IL 60602<br>Phone: (312) 744-6934<br>stephen.kane@cityofchicago.org<br>peter.cavanaugh@cityofchicago.org | By: /s/ Brian E. Bowcut<br>Brian E. Bowcut (*pro hac vice*)<br>Peter S. Ketcham-Colwill (*pro hac vice*)<br>1100 New York Avenue, NW, Suite 500<br>Washington, D.C. 20005<br>Phone: (202) 408-4600<br>bbowcut@cohenmilstein.com<br>pketcham-colwill@cohenmilstein.com<br><br>Lisa M. Ebersole (*pro hac vice*)<br>88 Pine Street, 14th Floor<br>New York, NY 10005<br>Phone: (202) 408-4600<br>lebersole@cohenmilstein.com<br><br>*Attorneys for Plaintiff City of Chicago* |

**GIBSON, DUNN & CRUTCHER LLP**

By: /s/ Michael Holecek
Joshua S. Lipshutz (pro hac vice)
1050 Connecticut Avenue NW
Washington, DC 20036
Phone: (202) 955-8500
jlipshutz@gibsondunn.com

Michael Holecek (pro hac vice)
Cynthia Chen McTernan (pro hac vice)
333 S. Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-7000
mholecek@gibsondunn.com
cmcternan@gibsondunn.com

**FORDE & O'MEARA LLP**

By: /s/ Michael K. Forde
Michael K. Forde
Brian P. O'Meara
191 North Wacker Drive
31st Floor
Chicago, Illinois 60606
Phone: (312) 641-1441
mforde@fordellp.com
bomeara@fordellp.com

**RILEY SAFER HOLMES
& CANCILA LLP**

By: /s/ Patricia Brown Holmes
Patricia Brown Holmes
Sarah E. Finch
70 W. Madison Street
Suite 2900
Chicago, IL 60602
Phone: (312) 471-8700
pholmes@rshc-law.com
sfinch@rshc-law.com

*Attorneys for Defendants DoorDash, Inc. and Caviar, LLC*