IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| City of Chicago, *Plaintiff*, v. DoorDash, Inc. and Caviar, LLC, *Defendants*. | Civil Action No. 1:21-cv-05162<br><br>Honorable Jeremy C. Daniel<br>Magistrate Judge Jeffrey T. Gilbert |

### DEFENDANTS DOORDASH, INC. AND CAVIAR, LLC'S
### MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL

Defendants DoorDash, Inc. and Caviar, LLC (collectively "DoorDash") respectfully request leave to file under seal Exhibit F to Elizabeth McCloskey's Declaration in Support of DoorDash's Motion to Compel. Exhibit F includes the City's supplemental responses to DoorDash's First Set of Interrogatories. Plaintiff the City of Chicago ("City") has designated that document as Confidential under the Court's Confidentiality Order. Dkt. 79.

In support thereof, DoorDash states as follows:

1. On November 4, 2022, the Court entered a Confidentiality Order in this case protecting from disclosure certain documents containing confidential or highly confidential information regarding, *inter alia*, certain non-public communications. *See* Dkt. 79.

2. A moving party may seek to file under seal "information that meets the definition of trade secret or other confidential information." *Williamson v. S.A. Gear Co., Inc.*, 2017 WL 3971043, at *1 (S.D. Ill. Sept. 8, 2017); *accord* Dkt. 79 ¶ 2.

3. The designating party bears the burden of demonstrating the propriety of filing under seal. Dkt. 79 ¶ 9.

4. Here, DoorDash has filed Exhibit F under seal. This document includes the City's supplemental responses to DoorDash's First Set of Interrogatories. The City has designated this document as Confidential, and DoorDash accordingly has provisionally filed it under seal pursuant to the Confidentiality Order. DoorDash has not independently verified Plaintiff's designations and relies on its designations in requesting leave to file under seal.

5. Plaintiff does not oppose this Motion for Leave to File Under Seal.

WHEREFORE, DoorDash respectfully requests that the Court enter an Order granting DoorDash leave to file an unredacted version of its Exhibit F (City's Supplemental Responses to DoorDash's First Set of Interrogatories), under seal.

Dated: May 15, 2024                                          Respectfully submitted,

| **GIBSON, DUNN & CRUTCHER LLP** | **FORDE & O'MEARA LLP** |
|---|---|

By:  /s/ Elizabeth K. McCloskey
Elizabeth K. McCloskey (*pro hac vice*)
One Embarcadero Center, # 2600
San Francisco, CA 94111
Phone: (415) 393-8200
EMcCloskey@gibsondunn.com

Michael Holecek (*pro hac vice*)
Cynthia Chen McTernan (*pro hac vice*)
333 S. Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-7000
mholecek@gibsondunn.com
cmcternan@gibsondunn.com

By:  /s/ Michael K. Forde
Michael K. Forde
Brian P. O'Meara
191 N. Wacker Drive
31st Floor
Chicago, IL 60606
Phone: (312) 641-1441
mforde@fordellp.com
bomeara@fordellp.com

**RILEY SAFER HOLMES
& CANCILA LLP**

By: /s/ Patricia Brown Holmes
Patricia Brown Holmes
Sarah E. Finch
70 W. Madison Street
Suite 2900
Chicago, IL 60602
Phone: (312) 471-8700
pholmes@rshc-law.com
sfinch@rshc law.com

*Attorneys for Defendants DoorDash, Inc. and Caviar*