**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

City of Chicago,

           *Plaintiff*,

    v.

DoorDash, Inc. and Caviar, LLC,

           *Defendants*.

Civil Action No. 1:21-cv-05162

Hon. Jeremy C. Daniel
Magistrate Judge Jeffrey T. Gilbert

**[PROPOSED] ORDER ON DISCOVERY SCHEDULE**

WHEREAS, the Court directed the parties to submit a proposed schedule for expert discovery by June 8, 2024, and on June 7, 2024 granted the parties' request for an extension until June 13, 2024;

WHEREAS, the parties believe that completion of fact discovery, and the efficient completion of expert discovery, require a resolution of the discovery issues set forth in the parties' pending motions to compel and implicated by pending dispositive motions;

WHEREAS, the parties believe it advisable to build time for rulings on the above-referenced motions into the schedule for fact and expert discovery;

WHEREAS, the parties agree and stipulate to the discovery schedule set forth below, and further agree that this stipulation shall not alter or impact any deadline that has already passed;[1]

NOW THEREFORE, the Court sets the following deadlines in this case:

---

[1] For the sake of clarity, the parties agree and stipulate only to extend the September 1, 2024, deadline for completion of depositions, as described in the Court's February 15, 2024 Order on Discovery Schedule at Dkt. No. 284, to March 15, 2025, and no other fact discovery deadlines that have already passed.

1.      Deadline for completion of fact discovery:  **March 15, 2025.**

2.      Deadline for affirmative expert disclosures:  **April 30, 2025.**

3.      Deadline rebuttal expert disclosures:  **June 15, 2025.**

4.      Deadline for completion of expert discovery: **July 15, 2025.**

So ordered.

Dated:  June 14, 2024

Jeffrey T. Gilbert
U.S. Magistrate Judge

DATED: June 13, 2024

**CITY OF CHICAGO DEP'T OF LAW,
AFFIRMATIVE LITIGATION DIVISION**

By: _/s/ Peter H. Cavanaugh_____
Stephen J. Kane
Peter H. Cavanaugh
121 N. LaSalle St.
Room 600
Chicago, IL 60606
Phone: (312) 744-6934
stephen.kane@cityofchicago.org
peter.cavanaugh@cityofchicago.org

Respectfully submitted,

**COHEN MILSTEIN SELLERS &
TOLL PLLC**

By: _/s/ Brian E. Bowcut_____
Brian E. Bowcut (*pro hac vice*)
1100 New York Avenue, NW, Suite 500
Washington, D.C. 20005
Phone: (202) 408-4600
bbowcut@cohenmilstein.com

Lisa M. Ebersole (*pro hac vice*)
88 Pine Street, 14th Floor
New York, NY 10005
Phone: (202) 408-4600
lebersole@cohenmilstein.com

*Attorneys for Plaintiff City of Chicago*

**GIBSON, DUNN & CRUTCHER LLP**

By: _/s/ Elizabeth McCloskey_____
Joshua S. Lipshutz (*pro hac vice*)
1050 Connecticut Avenue NW
Washington, DC 20036
Phone: (202) 955-8500
jlipshutz@gibsondunn.com

Michael Holecek (*pro hac vice*)
Elizabeth McCloskey (*pro hac vice*)
333 S. Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-7000
mholecek@gibsondunn.com
emccloskey@gibsondunn.com

**FORDE & O'MEARA LLP**

By: _/s/ Michael K. Forde_
Michael K. Forde
Brian P. O'Meara
111 W. Washington Street
Suite 1100
Chicago, IL 60602
Phone: (312) 641-1441
mforde@fordellp.com
bomeara@fordellp.com

**RILEY SAFER HOLMES
& CANCILA LLP**

By: _/s/ Patricia Brown Holmes_
Patricia Brown Holmes
Sarah E. Finch
70 W. Madison Street
Suite 2900
Chicago, IL 60602

Phone: (312) 471-8700
pholmes@rshc-law.com
sfinch@rshc-law.com

*Attorneys for Defendants DoorDash, Inc.
and Caviar, LLC*