IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| City of Chicago,<br><br>　　　　*Plaintiff*,<br><br>　v.<br><br>DoorDash, Inc. and Caviar, LLC,<br><br>　　　　*Defendants*. | Civil Action No. 1:21-cv-05162<br><br>Honorable Robert W. Gettleman<br>Magistrate Judge Jeffrey T. Gilbert |

**DEFENDANTS DOORDASH, INC. AND CAVIAR, LLC'S UNOPPOSED MOTION TO FILE AN OVERLENGTH BRIEF**

　　　Defendants DoorDash, Inc. and Caviar, LLC (collectively "DoorDash") respectfully request leave to file a memorandum of law in excess of the 15-page limit allowed under Local Rule 7.1. This brief is to be filed in support of DoorDash's opposition to Plaintiff City of Chicago's ("the City") Motion to Compel Further Document Production and Interrogatory Responses (the "Motion"). DoorDash seeks 2 additional pages for a total of 17 pages for its response to the City's Motion. The City has stated that it does not oppose Defendants' request. In support of its request, DoorDash states as follows:

　　　1.　　On May 14, 2024, the City and DoorDash agreed to a 17-page limit on the parties' moving papers for their respective motions to compel discovery.

　　　2.　　May 15, 2024, the City filed its Motion. Dkt. No. 315.

3. To adequately address the arguments raised in the City's May 15, 2024 Motion, DoorDash requires more than the 15 pages allowed under Local Rule 7.1.

4. Accordingly, DoorDash respectfully requests leave to file an opposition to the City's Motion that consists of no more than 17 pages, exclusive of tables of contents and authorities.

5. The City has stated that it does not oppose this request.

WHEREFORE, DoorDash respectfully requests that the Court enter an Order granting DoorDash leave to file an opposition to the City's Motion that consists of no more than 17 pages, exclusive of tables of contents and authorities.

Case: 1:21-cv-05162 Document #: 327 Filed: 06/14/24 Page 2 of 4 PageID #:7157

Dated: June 14, 2024                                          Respectfully submitted,

| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP** | **FORDE & O'MEARA LLP** |
| By: /s/ Elizabeth K. McCloskey | By: /s/ Michael K. Forde |
| Elizabeth K. McCloskey (*pro hac vice*) | Michael K. Forde |
| One Embarcadero Center, # 2600 | Brian P. O'Meara |
| San Francisco, CA 94111 | 111 W. Washington Street |
| Phone: (415) 393-8200 | Suite 1100 |
| EMcCloskey@gibsondunn.com | Chicago, IL 60602 |
| | Phone: (312) 641-1441 |
| Michael Holecek (*pro hac vice*) | mforde@fordellp.com |
| Cynthia Chen McTernan (*pro hac vice*) | bomeara@fordellp.com |
| 333 S. Grand Avenue | **RILEY SAFER HOLMES** |
| Los Angeles, CA 90071 | **& CANCILA LLP** |
| Phone: (213) 229-7000 | |
| mholecek@gibsondunn.com | By: /s/ Patricia Brown Holmes |
| cmcternan@gibsondunn.com | Patricia Brown Holmes |
| | Sarah E. Finch |
| | 70 W. Madison Street |
| | Suite 2900 |
| | Chicago, IL 60602 |
| | Phone: (312) 471-8700 |
| | pholmes@rshc-law.com |
| | sfinch@rshc law.com |
| | |
| | *Attorneys for Defendants DoorDash, Inc. and Caviar LLC* |

## CERTIFICATE OF SERVICE

      I hereby certify that on June 14, 2023, I caused the foregoing document to be electronically filed using the CM/ECF system, which will send notice of this filing to all counsel of record.

      */s/ Mickey Balestri*