**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| City of Chicago, *Plaintiff*, v. DoorDash, Inc. and Caviar, LLC, *Defendants*. | Civil Action No. 1:21-cv-05162 Hon. Jeremy C. Daniel Magistrate Judge Jeffrey T. Gilbert |

**JOINT STATUS REPORT**

Pursuant to this Court's orders dated December 23, 2022 (ECF No. 90) and December 19, 2022 (ECF No. 87) directing the parties to file a status report seven days after each rolling production deadline to provide information about the last rolling production, what has been produced to date in total, and what remains to be produced, the parties hereby file this Joint Status Report concerning the November 22, 2024 production deadline.

**I.      Status of the City's Document Productions**

  **A.      Documents Produced by the City To Date**

As of November 1, the City has produced 10,559 documents, totaling 70,187 pages, in rolling productions. The City's prior productions are described in more detail in the prior joint status reports (ECF Nos. 96, 101, 105, 109, 115, 151, 164, 174, 194, 200, 202, 216, 230, 234, 242, 246, 249, 250, 282, 294, 304, 308, 309, 320, 322, 336, 343, 346, 353, 356, 357, 358, 361, 364). The City did not make an additional production on November 22, 2024.

1

### B. Remaining Documents to be Produced

The City continues to review its overall production for completeness. The City produced documents responsive to RFP Nos. 41, 95 and 96 on September 6 and September 27. The City produced an updated privilege log on May 9, 2024, and supplemented the log on September 27, 2024 to include the documents it reviewed in accordance with the Court's rulings on July 25, 2024 concerning RFP Nos. 95, 96, and 41. The City expects to produce documents from our completed RFP No. 95 and 96 review by November 26, 2024. The City will produce a privilege log associated with this review by December 11, 2024.

## II. Status of DoorDash's Document Productions

### A. Documents Produced by DoorDash to Date

DoorDash made a production on November 15, 2024, which included additional documents from custodians Jonathan Berk, Jessica Lachs, and Charlton Soesanto—the custodians added pursuant to the Court's September 9, 2024 order (ECF No. 354). This production also included quarterly versions of spreadsheets and hyperlinked documents, which DoorDash agreed to produce at the City's request. Since August 2022, DoorDash has produced a total of 8,070 documents and 45,634 pages across 32 productions. The documents produced to date include:

- Custodial documents responsive to the City's document requests relating to minimum amount promotional discounts, non-partner restaurants, Dasher pay, consumer fees, and menu pricing;
- Documents identified in known non-custodial locations;
- Documents identified from DoorDash's review of documents produced in related investigations and litigations; and

- Spreadsheets that were created in order to respond to the City's requests for specific data.

B.  **Remaining Documents to be Produced**

Subject to ongoing meet-and-confer efforts regarding the scope of the parties' discovery obligations in light of the Court's ruling regarding the statute of limitations, DoorDash has substantially completed its production of documents from custodians added by the Court in its September 9, 2024 order (ECF No. 354). DoorDash is collecting, reviewing, and producing documents responsive to the City's RFPs, Set Five, served on March 15, 2024. DoorDash also continues to collect, review, and prepare for production additional documents responsive to agreements reached between the parties ahead of the Court's motion-to-compel deadline on May 15, 2024.

| | |
|---|---|
| DATED:  November 26, 2024 | Respectfully submitted, |
| **CITY OF CHICAGO DEP'T OF LAW, AFFIRMATIVE LITIGATION DIVISION** | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| | By: /s/ *Brian E. Bowcut* |
| By: /s/ *Rebecca Hirsch* | Brian E. Bowcut (*pro hac vice*) |
| Stephen J. Kane | 1100 New York Avenue, NW, Suite 500 |
| Rebecca Hirsch | Washington, D.C. 20005 |
| 121 N. LaSalle St. | Phone: (202) 408-4600 |
| Room 600 | bbowcut@cohenmilstein.com |
| Chicago, IL 60602 | |
| Phone: (312) 744-6934 | Lisa M. Ebersole (*pro hac vice*) |
| stephen.kane@cityofchicago.org | 88 Pine Street, 14th Floor |
| Rebecca.hirsch2@cityofchicago.org | New York, NY 10005 |
| | Phone: (202) 408-4600 |
| | lebersole@cohenmilstein.com |
| | |
| | *Attorneys for Plaintiff City of Chicago* |

**GIBSON, DUNN & CRUTCHER LLP**

By: /s/ *Michael Holecek*
Joshua S. Lipshutz (pro hac vice)
1050 Connecticut Avenue NW
Washington, DC 20036
Phone: (202) 955-8500
jlipshutz@gibsondunn.com

Michael Holecek (pro hac vice)
Cynthia Chen McTernan (pro hac vice)
333 S. Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-7000
mholecek@gibsondunn.com
cmcternan@gibsondunn.com

**FORDE & O'MEARA LLP**

By: /s/ *Michael K. Forde*
Michael K. Forde
Brian P. O'Meara
191 North Wacker Drive
31st Floor
Chicago, Illinois 60606
Phone: (312) 641-1441
mforde@fordellp.com
bomeara@fordellp.com

**RILEY SAFER HOLMES
& CANCILA LLP**

By: /s/ *Patricia Brown Holmes*
Patricia Brown Holmes
Sarah E. Finch
70 W. Madison Street
Suite 2900
Chicago, IL 60602
Phone: (312) 471-8700
pholmes@rshc-law.com
sfinch@rshc-law.com

*Attorneys for Defendants DoorDash, Inc. and Caviar, LLC*