# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

City of Chicago

                        Plaintiff,

v.                                                        Case No.: 1:21−cv−05162
                                                           Honorable Jeremy C. Daniel

Door Dash, Inc, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 12, 2025:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: For good cause shown, the Court grants the parties' Joint Motion to Stay Proceedings [378] and stays all discovery deadlines in this case for forty−five (45) days, including the discovery deadlines set in the Order on Discovery Schedule [323]. By 3/28/2025, the parties shall report to the Court on the progress of their settlement discussions. The parties may propose a modified discovery schedule, if appropriate, at that time. In light of the stay of discovery, the Court strikes the deadlines set in its recent order [377] including for the status report to filed by 2/14/2025. The Court also strikes the hearing set for 2/19/25 at 2:00 p.m. Finally, for docket control purposes, the Court denies without prejudice the Plaintiff City of Chicago's Motion to Compel [314] [315]. If the parties are unable to resolve the case, the motion to compel can be refiled with modifications that take into account developments since the motion was filed and the clarifications addressed in the Court's order on 2/7/2025 [377]. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.