**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| City of Chicago, | |
| *Plaintiff*, | |
| v. | Civil Action No. 1:21-cv-05162 |
| DoorDash, Inc. and Caviar, LLC, | Honorable Jeremy C. Daniel |
| *Defendants*. | Magistrate Judge Jeffrey T. Gilbert |

---

**PARTIES' JOINT MOTION TO EXTEND THE STAY OF PROCEEDINGS**

---

Plaintiff City of Chicago ("the City") and Defendants DoorDash, Inc. and Caviar, LLC (together, "DoorDash") respectfully request that the Court extend the stay of proceedings and discovery deadlines in this action for an additional forty-five (45) days to allow the parties to continue their pursuit of a potential resolution of this matter. In support of their request, the parties state as follows:

1. On February 12, 2025, the Court stayed all discovery deadlines in this case for forty-five days so that the parties could work towards a resolution of this matter. *See* Order, ECF No. 380.

2. Since that time, the parties have engaged in productive discussions to reach a resolution. The parties have met regularly and exchanged correspondence to discuss the aspects of a potential resolution. The parties have made substantial progress on several key components

1

of an agreement and remain hopeful that with continued discussions they will reach a mutually acceptable resolution.

3.      So that the parties may fully devote their attention and resources to the resolution of this matter and avoid additional expenses, the parties respectfully request that the Court enter an order extending the stay of proceedings while they work toward a final settlement agreement.

4.      A trial court has broad discretion to stay proceedings. *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also Ryan v. Gonzales*, 568 U.S. 57, 74 (2013). Here, a further stay would promote judicial economy and conserve resources, and neither party would be prejudiced by a stay of proceedings. Resuming litigation of this case would require additional discovery and motions practice by the parties, as well as consideration by the Court, all of which would likely become moot if settlement is reached.

5.      The parties agree that, should they not come to a resolution within the period of the stay, they will report on their progress to the Court and either request that the stay be extended or jointly propose a new case schedule.

WHEREFORE, the parties respectfully request that the Court enter an Order granting the parties' Joint Motion to Extend the Stay of Proceedings and ordering that (1) all proceedings in this case, including any discovery deadlines, are stayed for forty-five (45) days; and (2) at the conclusion of the stay, the parties will report to the Court on the progress of their discussions and either request that the stay be extended to continue discussions to resolve this litigation, or, within fifteen (15) days, will jointly propose a new case schedule to resume the case.

Dated:  March 28, 2025                                    Respectfully submitted,

**CITY OF CHICAGO DEP'T OF LAW,**          **COHEN MILSTEIN SELLERS & TOLL PLLC**
**AFFIRMATIVE LITIGATION**
**DIVISION**

By:  /s/ *Rebecca Hirsch*                        By:  /s/ *Brian E. Bowcut*
Stephen J. Kane                                  Brian E. Bowcut (*pro hac vice*)
Rebecca Hirsch                                   1100 New York Avenue, NW, Suite 500
121 N. LaSalle St.                               Washington, D.C. 20005
Room 600                                         Phone: (202) 408-4600
Chicago, IL 60602                                bbowcut@cohenmilstein.com
Phone: (312) 744-6934
stephen.kane@cityofchicago.org
Rebecca.hirsch2@cityofchicago.org                Lisa M. Ebersole (*pro hac vice*)
                                                 88 Pine Street, 14th Floor
                                                 New York, NY 10005
                                                 Phone: (202) 408-4600
                                                 lebersole@cohenmilstein.com

                                                 *Attorneys for Plaintiff City of Chicago*


**GIBSON, DUNN & CRUTCHER LLP**                   **FORDE & O'MEARA LLP**

By:  /s/ *Elizabeth K. McCloskey*
Elizabeth K. McCloskey (*pro hac vice*)          By:  /s/ *Michael K. Forde*
One Embarcadero Center, # 2600                    Michael K. Forde
San Francisco, CA 94111                           Brian P. O'Meara
Phone: (415) 393-8200                             111 W. Washington Street
EMcCloskey@gibsondunn.com                         Suite 1100
                                                  Chicago, IL 60602
                                                  Phone:  (312) 641-1441
Michael Holecek (*pro hac vice*)                  mforde@fordellp.com
Cynthia Chen McTernan (*pro hac vice*)            bomeara@fordellp.com
333 S. Grand Avenue
Los Angeles, CA 90071                             **RILEY SAFER HOLMES**
Phone: (213) 229-7000                             **& CANCILA LLP**
mholecek@gibsondunn.com
cmcternan@gibsondunn.com
                                                  By:  /s/ *Patricia Brown Holmes*
                                                  Patricia Brown Holmes
                                                  Sarah E. Finch
                                                  70 W. Madison Street
                                                  Suite 2900
                                                  Chicago, IL 60602

PARTIES' JOINT MOTION TO STAY PROCEEDINGS                    CASE NO. 1:21-CV-05162

Phone: (312) 471-8700
pholmes@rshc-law.com
sfinch@rshc law.com

*Attorneys for Defendants DoorDash, Inc. and Caviar LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2025, I caused the foregoing document to be electronically filed using the CM/ECF system, which will send notice of this filing to all counsel of record.

*/s/ Mickey Balestri*