IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| City of Chicago, <br><br> *Plaintiff*, <br><br> v. <br><br> DoorDash, Inc. and Caviar, LLC, <br><br> *Defendants*. | Civil Action No. 1:21-cv-05162 <br><br> Hon. Jeremy C. Daniel <br> Magistrate Judge Jeffrey T. Gilbert |

**JOINT STATUS REPORT**

Pursuant to this Court's order dated March 31, 2025 (ECF No. 384) directing the parties to file a status report addressing their progress with their settlement discussions and next steps, the parties hereby file this Joint Status Report.

On January 29, 2025, the parties had a productive, daylong mediation with the Hon. Sidney I. Schenkier (Ret.). Since that mediation, the parties continue to engage in discussions in an effort to resolve this matter. On February 10, 2025, the Court granted the parties' motion to stay proceedings for 45 days to allow the parties to focus on settlement discussions. ECF No. 380. On March 31, the Court granted the parties' motion to extend the stay for an additional 45 days. ECF No. 384.

Since March 31, 2025, the parties have continued their discussions and have made significant progress. The parties have regularly conferred and are continuing to do so. Because the parties believe that they are moving toward a resolution short of further litigation of this dispute, they propose that the Court continue the stay of proceedings until May 28, 2025, at which

1

time the parties will either file a joint status report related to the status of their discussions or, if resolution does not seem probable by that time, a proposed case management schedule pursuant to the Court's March 31 order. ECF No. 384.

| | |
|---|---|
| DATED: May 13, 2025 | Respectfully submitted, |
| **CITY OF CHICAGO DEP'T OF LAW, AFFIRMATIVE LITIGATION DIVISION** | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| By: /s/ Stephen J. Kane<br>Stephen J. Kane<br>Rebecca Hirsch<br>121 N. LaSalle St.<br>Room 600<br>Chicago, IL 60602<br>Phone: (312) 744-6934<br>stephen.kane@cityofchicago.org<br>Rebecca.hirsch2@cityofchicago.org | By: /s/ Brian E. Bowcut<br>Brian E. Bowcut (*pro hac vice*)<br>1100 New York Avenue, NW, Suite 500<br>Washington, D.C. 20005<br>Phone: (202) 408-4600<br>bbowcut@cohenmilstein.com<br><br>Lisa M. Ebersole (*pro hac vice*)<br>88 Pine Street, 14th Floor<br>New York, NY 10005<br>Phone: (202) 408-4600<br>lebersole@cohenmilstein.com<br><br>*Attorneys for Plaintiff City of Chicago* |

| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP** | **FORDE & O'MEARA LLP** |
| By: /s/ *Michael Holecek* <br> Joshua S. Lipshutz (pro hac vice) <br> 1050 Connecticut Avenue NW <br> Washington, DC 20036 <br> Phone: (202) 955-8500 <br> jlipshutz@gibsondunn.com <br><br> Michael Holecek (pro hac vice) <br> Cynthia Chen McTernan (pro hac vice) <br> 333 S. Grand Avenue <br> Los Angeles, CA 90071 <br> Phone: (213) 229-7000 <br> mholecek@gibsondunn.com <br> cmcternan@gibsondunn.com | By: /s/ *Michael K. Forde* <br> Michael K. Forde <br> Brian P. O'Meara <br> 191 North Wacker Drive <br> 31st Floor <br> Chicago, Illinois 60606 <br> Phone: (312) 641-1441 <br> mforde@fordellp.com <br> bomeara@fordellp.com <br><br> **RILEY SAFER HOLMES & CANCILA LLP** <br><br> By: /s/ *Patricia Brown Holmes* <br> Patricia Brown Holmes <br> 70 W. Madison Street <br> Suite 2900 <br> Chicago, IL 60602 <br> Phone: (312) 471-8700 <br> pholmes@rshc-law.com <br> sfinch@rshc-law.com <br><br> *Attorneys for Defendants DoorDash, Inc. and Caviar, LLC* |