**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| City of Chicago,<br><br>   *Plaintiff*,<br><br> v.<br><br>DoorDash, Inc. and Caviar, LLC,<br><br>   *Defendants*. | Civil Action No. 1:21-cv-05162<br><br>Hon. Jeremy C. Daniel<br>Magistrate Judge Jeffrey T. Gilbert |

**JOINT STATUS REPORT**

Pursuant to this Court's order dated June 9, 2025 (ECF No. 393) directing the parties to file a status report addressing their progress with their settlement discussions, the parties hereby file this Joint Status Report and request that the Court vacate the status hearing currently set for July 31, 2025 at 9:30 a.m.

The Court has stayed proceedings to enable the parties to work towards a resolution, and the case is currently stayed until July 24, 2025. *See* ECF Nos. 380, 384, 390, 393, 395. The parties have filed a joint motion before the magistrate judge to continue the stay of proceedings for an additional 60 days. ECF No. 396. The Court ordered that the parties file this status report and set a hearing for July 31, 2025 at 9:30 a.m. ECF No. 393.

The parties have reached an agreement in principle and expect to reach a final resolution of the matter within the next 60 days. The parties are committed to finalizing the terms of this resolution, and the stay will accommodate the City's press of competing obligations in other matters, as well as counsels' obligations including briefing, hearings, and argument in various state

and federal trial courts. In the parties' initial joint status report, the parties estimated the length of trial would be 3 weeks. ECF No. 52-1 at 7. The parties have not updated those initial estimates because discovery never closed and the parties reached an agreement in principle.

To allow the parties time to finalize the terms of the resolution, they request that the Court vacate the status conference set for July 31, 2025 at 9:30 a.m.

| | |
|---|---|
| DATED: July 24, 2025 | Respectfully submitted, |
| **CITY OF CHICAGO DEP'T OF LAW, AFFIRMATIVE LITIGATION DIVISION** | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| By: /s/ *Stephen J. Kane* <br> Stephen J. Kane <br> Rebecca Hirsch <br> 121 N. LaSalle St. <br> Room 600 <br> Chicago, IL 60602 <br> Phone: (312) 744-6934 <br> stephen.kane@cityofchicago.org <br> Rebecca.hirsch2@cityofchicago.org | By: /s/ *Brian E. Bowcut* <br> Brian E. Bowcut (*pro hac vice*) <br> 1100 New York Avenue, NW, Suite 800 <br> Washington, D.C. 20005 <br> Phone: (202) 408-4600 <br> bbowcut@cohenmilstein.com <br><br> *Attorneys for Plaintiff City of Chicago* |

| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP** | **FORDE & O'MEARA LLP** |
| By: /s/ *Elizabeth K. McCloskey* | By: /s/ *Michael K. Forde* |
| Elizabeth K. McCloskey (*pro hac vice*) | Michael K. Forde |
| One Embarcadero Center #2600 | Brian P. O'Meara |
| San Francisco, CA 94111 | 191 North Wacker Drive |
| Phone: (415) 393-8200 | 31st Floor |
| emccloskey@gibsondunn.com | Chicago, Illinois 60606 |
| | Phone: (312) 641-1441 |
| Joshua S. Lipshutz (pro hac vice) | mforde@fordellp.com |
| 1050 Connecticut Avenue NW | bomeara@fordellp.com |
| Washington, DC 20036 | |
| Phone: (202) 955-8500 | **RILEY SAFER HOLMES** |
| jlipshutz@gibsondunn.com | **& CANCILA LLP** |
| | |
| Michael Holecek (pro hac vice) | By: /s/ *Patricia Brown Holmes* |
| Cynthia Chen McTernan (pro hac vice) | Patricia Brown Holmes |
| 333 S. Grand Avenue | 70 W. Madison Street |
| Los Angeles, CA 90071 | Suite 2900 |
| Phone: (213) 229-7000 | Chicago, IL 60602 |
| mholecek@gibsondunn.com | Phone: (312) 471-8700 |
| cmcternan@gibsondunn.com | pholmes@rshc-law.com |
| | sfinch@rshc-law.com |

*Attorneys for Defendants DoorDash, Inc. and Caviar, LLC*

3