IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| City of Chicago,<br><br>*Plaintiff*,<br><br>v.<br><br>DoorDash, Inc. and Caviar, LLC,<br><br>*Defendants*. | Civil Action No. 1:21-cv-05162<br><br>Honorable Jeremy C. Daniel<br>Magistrate Judge Jeffrey T. Gilbert |

**PARTIES' JOINT MOTION TO EXTEND THE STAY OF PROCEEDINGS**

Plaintiff City of Chicago ("the City") and Defendants DoorDash, Inc. and Caviar, LLC (together, "DoorDash") respectfully request that the Court extend the stay of proceedings currently scheduled to lift on October 24, 2025 for an additional thirty-one (31) days until November 24, 2025. In support of their request, the parties state as follows:

1. Since February 10, 2025, the Court has stayed proceedings in this matter so that the parties may explore a resolution outside of further litigation. *See* ECF Nos. 380, 384, 390, 399.

2. On September 18, the Court extended the stay an additional thirty days until October 24, 2025. ECF No. 403.

3. The parties have agreed in principle to a resolution of this matter, and expect to finalize their agreement within the next 31 days.

4. The parties believe that, having engaged in productive discussions to resolve this matter and having reached a resolution in principle, extending the stay would avoid expending additional judicial resources.

WHEREFORE, the parties respectfully request that the Court enter an Order continuing the stay that is scheduled to lift on October 24, 2025 for thirty-one (31) days until November 24, 2025.

Dated: October 24, 2025                                                          Respectfully submitted,

**CITY OF CHICAGO DEP'T OF LAW, AFFIRMATIVE LITIGATION DIVISION**

By: /s/ *Rebecca Hirsch*
Stephen J. Kane
Rebecca Hirsch
121 N. LaSalle St.
Room 600
Chicago, IL 60602
Phone: (312) 744-6934
stephen.kane@cityofchicago.org
Rebecca.hirsch2@cityofchicago.org

**COHEN MILSTEIN SELLERS & TOLL PLLC**

By: /s/ *Brian E. Bowcut*
Brian E. Bowcut (*pro hac vice*)
1100 New York Avenue, NW, Suite 800
Washington, D.C. 20005
Phone: (202) 408-4600
bbowcut@cohenmilstein.com

*Attorneys for Plaintiff City of Chicago*

**GIBSON, DUNN & CRUTCHER LLP**

By: /s/ *Elizabeth K. McCloskey*
Elizabeth K. McCloskey (*pro hac vice*)
One Embarcadero Center, # 2600
San Francisco, CA 94111
Phone: (415) 393-8200
EMcCloskey@gibsondunn.com

Michael Holecek (*pro hac vice*)
Cynthia Chen McTernan (*pro hac vice*)
333 S. Grand Avenue
Los Angeles, CA 90071

**FORDE & O'MEARA LLP**

By: /s/ *Michael K. Forde*
Michael K. Forde
Brian P. O'Meara
191 North Wacker Drive
31st Floor
Chicago, IL 60606
Phone: (312) 641-1441
mforde@fordellp.com
bomeara@fordellp.com

Phone: (213) 229-7000
mholecek@gibsondunn.com
cmcternan@gibsondunn.com

**RILEY SAFER HOLMES
& CANCILA LLP**

By: */s/ Patricia Brown Holmes*
Patricia Brown Holmes
Sarah E. Finch
70 W. Madison Street
Suite 2900
Chicago, IL 60602
Phone: (312) 471-8700
pholmes@rshc-law.com
sfinch@rshc law.com

*Attorneys for Defendants DoorDash, Inc. and Caviar LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2025, I caused the foregoing document to be electronically filed using the CM/ECF system, which will send notice of this filing to all counsel of record.

*/s/ Mickey Balestri*