IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| City of Chicago, <br><br> *Plaintiff*, <br><br> v. <br><br> DoorDash, Inc. and Caviar, LLC, <br><br> *Defendants.* | Civil Action No. 1:21-cv-05162 <br><br> Honorable Jeremy C. Daniel <br> Magistrate Judge Jeffrey T. Gilbert |

### PARTIES' JOINT STIPULATION OF DISMISSAL

The parties to the above-referenced action, acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and to the parties' agreement, hereby stipulate to the dismissal of this action with prejudice, with the parties to bear their own attorneys' fees and costs.

Dated:  November 18, 2025                                                                 Respectfully submitted,

| | |
|---|---|
| **CITY OF CHICAGO DEP'T OF LAW, AFFIRMATIVE LITIGATION DIVISION** | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| By: /s/ *Stephen J. Kane* <br> Stephen J. Kane <br> Rebecca Hirsch <br> 121 N. LaSalle St. <br> Room 600 <br> Chicago, IL 60602 <br> Phone: (312) 744-6934 <br> stephen.kane@cityofchicago.org <br> Rebecca.hirsch2@cityofchicago.org | By: /s/ *Brian E. Bowcut* <br> Brian E. Bowcut (*pro hac vice*) <br> 1100 New York Avenue, NW, Suite 800 <br> Washington, D.C. 20005 <br> Phone: (202) 408-4600 <br> bbowcut@cohenmilstein.com |

*Attorneys for Plaintiff City of Chicago*

| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP** | **FORDE & O'MEARA LLP** |
| By: /s/ *Elizabeth K. McCloskey* <br> Elizabeth K. McCloskey (*pro hac vice*) <br> One Embarcadero Center, # 2600 <br> San Francisco, CA 94111 <br> Phone: (415) 393-8200 <br> EMcCloskey@gibsondunn.com <br><br> Michael Holecek (*pro hac vice*) <br> Cynthia Chen McTernan (*pro hac vice*) <br> 333 S. Grand Avenue <br> Los Angeles, CA 90071 <br> Phone: (213) 229-7000 <br> mholecek@gibsondunn.com <br> cmcternan@gibsondunn.com | By: /s/ *Michael K. Forde* <br> Michael K. Forde <br> Brian P. O'Meara <br> 111 W. Washington Street, Suite 1100 <br> Chicago, IL 60602 <br> Phone: (312) 641-1441 <br> mforde@fordellp.com <br> bomeara@fordellp.com <br><br> **RILEY SAFER HOLMES & CANCILA LLP** <br><br> By: /s/ *Patricia Brown Holmes* <br> Patricia Brown Holmes <br> Sarah E. Finch <br> 70 W. Madison Street, Suite 2900 <br> Chicago, IL 60602 <br> Phone: (312) 471-8700 <br> pholmes@rshc-law.com <br> sfinch@rshc law.com <br><br> *Attorneys for Defendants DoorDash, Inc. and Caviar LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2025, I caused the foregoing document to be electronically filed using the CM/ECF system, which will send notice of this filing to all counsel of record.

*/s/ Brian E. Bowcut*